# United States Court of Appeals

## For the First Circuit

No. 04-1909

MARINA BAY REALTY TRUST LLC; NEPONSET CIRCLE
SKILLED NURSING AND REHABILITATION CENTER II, INC.;
GORDON DEVELOPMENT GROUP, INC.,

Plaintiffs, Appellants,

v.

UNITED STATES OF AMERICA; U.S. DEPT. OF DEFENSE;
U.S. DEPARTMENT OF THE NAVY,

Defendants, Appellees.

APPEAL FROM THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF MASSACHUSETTS

[Hon. Rya W. Zobel, U.S. District Judge]

Before

Lipez, Circuit Judge,
Stahl, Senior Circuit Judge,
and Oberdorfer, Senior District Judge.*

**ERRATA SHEET**

The opinion of this Court issued on May 3, 2005 is amended
as follows:

On page 15, footnote 12, line 6, change "that thought" to
"that he thought."

*Of the District of Columbia, sitting by designation.